## 36898. HERNDON v. HALL.

PER CURIAM.

The judgment of the trial court is affirmed without opinion pursuant to Rule 59.

*All the Justices concur.*

DECIDED OCTOBER 28, 1980.

*J. Laddie Boatright,* for appellant.
*Herschel B. Herrington, Leon A. Wilson, II,* for appellee.